IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL LYNN CASH ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 13-CV-030-JHP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

This matter has come before the Court for consideration of the Petitioner Michael Lynn Cash's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1]. A minute order dismissing Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 was entered on February 1, 2013. [Doc. No. 2]. This Court hereby enters a Judgment for Respondent United States of America against Petitioner.

DATED this 1st day of February, 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma